CHARLES L. CHAPPELL, Appellant, *v.* LYDIA CHAPPELL, Respondent.

*Chappell* v. *Chappell*, 125 App. Div. 127; 126 App. Div. 925, affirmed (Argued November 10, 1908; decided November 24, 1908.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 3, 1908, which affirmed an order of Special Term granting a motion for a change of venue in an action for a partnership accounting.

The following question was certified : " Under the facts and circumstances in this case, should the place of trial be changed from Niagara county to Schenectady county ? "

*G. D. Judson* for appellant.

*George F. Thompson* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.